UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

UNITED STATES OF AMERICA
*ex rel.* MYRA E. GROSS and
DAVID H. GROSS,

    Plaintiffs,

v.

Case No. 8:14-cv-978-T-33EAJ

JAMES NORMAN, M.D., P.A.,
NORMAN PARATHYROID CENTER,
P.A. and JAMES NORMAN, M.D.,

    Defendants.
_____/

## ORDER OF DISMISSAL

Upon consideration of the Joint Stipulation of Dismissal of Relators' *qui tam* Complaint filed by the parties, it is hereby ORDERED that the *qui tam* Complaint is dismissed. Pursuant to and consistent with the terms of the Settlement Agreement between the parties, effective July 24, 2017 (Settlement Agreement), all claims and allegations in Relators' Complaint shall be dismissed with prejudice as to Relators, but with prejudice as to the United States only as to the "Covered Conduct," as that term is defined in the Settlement Agreement, and otherwise without prejudice as to the United States.

DONE AND ORDERED in Tampa, FL, this 14th day of August, 2017.

_____
HON. VIRGINIA M. HERNANDEZ COVINGTON
United States District Judge

Copies: All parties of record.